IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-111-4H

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| TRAVON WALL, ) | |
| ) | |
| Defendant. ) | |

The court hereby SCHEDULES this matter for a hearing on the Government's Motion for Authorization to Take Saliva Samples on **December 6, 2017, at 1:00 p.m.,** at the United States Courthouse Annex in Greenville.

This 28th day of November 2017.

_____
KIMBERLY A. SWANK
United States Magistrate Judge